# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| FELICIA BRADEN | CASE NO. 6:25-CV-01181 |
| VERSUS | JUDGE DONALD E. WALTER |
| U S POSTAL SERVICE ET AL | MAGISTRATE JUDGE CAROL B. WHITEHURST |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED** that, consistent with the report and recommendation, the Rule 12(b)(1) Motion to Dismiss for Lack of Subject Matter Jurisdiction filed on behalf of the United States (Rec. Doc. 8) is **GRANTED**, and this action is hereby **DISMISSED** for lack of subject matter jurisdiction.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 18th day of February, 2026.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE